# EXHIBIT M

*ATTORNEY-CLIENT PRIVILEGED COMMUNICATION*

# MEMORANDUM

**TO:** David M. McGrath, Zions Bancorporation

**FROM:** Austin E. Smith, Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

**DATE:** May 9, 2018

**SUBJECT:** Recommended FLSA Classification for Mortgage Quality Control Analyst

---

This memorandum analyzes whether the Mortgage Quality Control Analyst position ("QC Analyst") is an "exempt" position under the Fair Labor Standards Act ("FLSA"). To gather information for our analysis, we reviewed the current job description for the position. However, job descriptions alone are not dispositive when determining whether a position is exempt under the FLSA, and thus, we also conducted interviews of six QC Analyst employees, including three from the Originations Quality Control team and three from the Servicing Quality Control team. For purposes of our analysis, we assume that an employee employed in this position will be compensated on a salary basis at a rate of not less than $455 per week ($23,660 annually), and not more than $100,000 annually.

## I. Exemptions in General

In order to be exempt from the overtime requirements of the FLSA, the QC Analyst position must fall under one of the following exemptions: 1) executive; 2) administrative; 3) professional; 4) outside salesperson; or 5) certain computer employees. 29 C.F.R. § 541.0(a). The executive exemption does not apply to the QC Analyst position because, among other things, the position is not a management position and does not involve the supervision or direction of the work of any other employees. See 29 C.F.R. § 541.100(a). The professional exemption does not apply because, among other things, the position does not require the performance of work requiring advanced knowledge in a field of science or learning, customarily acquired by a prolonged course of specialized intellectual instruction. See 29 C.F.R. § 541.300(a). The QC Analyst position is not related to outside sales, nor does it require the requisite computer skills to qualify as an exempt computer employee position. See 29 C.F.R. §§ 541.400(a); 541.500(a). The operative question, therefore, is whether the QC Analyst position falls under the administrative exemption.

## II. The Administrative Exemption

In order to qualify for the administrative exemption, two prongs must be satisfied: (1) an employee's primary duty must be the performance of office or non-manual work directly related to the management or general business operations of the employer or the employer's customers.; and (2) the employee's primary duty also must include the exercise of discretion and independent judgment with respect to matters of significance. 29 C.F.R. § 541.200(a)(2); 29 C.F.R. § 541.200(a)(3).

1

Ex # 49  Rptr: DF
Name: Hart
Date: 5/9/19
Stevens-Koenig Reporting

CONFIDENTIAL                                                          ZBNA100993

*ATTORNEY-CLIENT PRIVILEGED COMMUNICATION*

Here, according to the job description for the position and the feedback provided in employee interviews, the QC Analyst position appears to meet both requirements for the administrative exemption. **We therefore recommend that the Mortgage Quality Control Analyst position continue to be classified as exempt.**

However, it is important to recognize that the position does not so obviously exceed the requirements for the administrative exemption such that any risk of an opposite determination is entirely foreclosed. Moreover, in the litigation context, exemptions are affirmative defenses, meaning employers bear the burden of proving, by a preponderance of the evidence, that employees subject to the exemptions are not entitled to overtime. Archuleta v. Wal-Mart Stores, Inc., F.3d 1226, 1233 (10th Cir. 2008). Thus, it is impossible to predict with exactness which factors a court might zero in on or how much weight it might give any of those factors. Even such, we believe there is a strong argument to be made in favor of classifying QC Analysts as exempt.

### A. The Mortgage Quality Control Analyst Role

The Mortgage Quality Control Analyst group is made up of two teams: the Quality Control Originations team and the Quality Control Servicing team. While the two groups perform audit functions at different stages in the "lifecycle" of a mortgage, they ultimately perform similar functions. QC Analysts perform internal audit work touching a variety of Zions' operational functions, both before and after loan origination. The QC Originations team is responsible for auditing loans pre-closing and post-closing. And while the findings in a pre-closing audit may lead to required changes in the loan by the underwriter or processor, these audits are not performed on every mortgage loan as a regular part of the production process. The QC Servicing team audits active loans throughout their "lifespan" and engages with sub-servicers to ensure continued compliance and avoidance of risk. QC Servicing employees do not touch any loans until they are already active and therefore they, too, do not have a production-focus.

All QC Analysts spend the bulk of their time performing these internal audits and identifying areas of deficiency. Once a QC Analyst has a finding, they must engage the responsible party and solicit a rebuttal. It is then up to the QC Analyst to apply their experience and knowledge, as well as all required guidelines, to decide whether or not they will accept the rebuttal. If a QC Analyst notices a pattern of consistently identifying findings, they are tasked with creating and implementing Management Action Plans ("MAPs"), for use both internal and external. While there are federal, state, and company guidelines, by which QC Analysts need to abide, QC Analysts must still take an individualized approach to each audit. QC Analysts are also responsible for apprising themselves of ever-changing laws and regulations, reviewing financial information, and creating reports that are disseminated to management. While each QC Analyst works under the direction of Team Lead Heather Morris, they have very little oversight in their day-to-day decision-making and are required to provide recommendations on changes in controls, both internally and to third party vendors and sub-servicers.

CONFIDENTIAL

ZBNA100994

*ATTORNEY-CLIENT PRIVILEGED COMMUNICATION*

**B. Is the Position's Primary Duty Directly Related to the Management or General Business Operations of the Employer?**

In analyzing whether a job's primary duties involve performing "office or non-manual work directly related to the management or general business operations of the employer," 29 C.F.R. § 541.200(a)(2), the Federal Regulations assert that "an employee must perform work directly relating to assisting with the running or servicing of the business, as distinguished, for example, from working on a manufacturing production line or selling a product in a retail or service establishment." 29 C.F.R. § 541.201(a). In determining whether an employee is an administrative or a "production" employee, courts distinguish between those employees whose primary duty is administering the business affairs of the enterprise from those whose primary duty is producing the commodity that the enterprise exists to produce and market. Dalheim v. KDFW-TV, 918 F.2d 1220, 1230 (5th Cir. 1990).

The Federal Regulations list a number of "functional areas" which directly relate to management or general business operations, including auditing, accounting, budgeting, quality control, purchasing, advertising, research, human resources, and legal and regulatory compliance. See 29 C.F.R. § 541.201(b). Here, it is my opinion that QC Analysts perform "office or non-manual work directly related to the management or general business operations of the employer." 29 C.F.R. § 541.200(a)(2). The QC Analyst position involves the oversight and monitoring of the company's mortgage origination and servicing processes through a variety of internal audits to ensure compliance with federal and state regulations and Zions' company policy. The position also entails creating reports to be disseminated internally for use by management in decision-making processes. These tasks are more related to assisting with the running or servicing of the business, as distinguished from the actual assembly of loan packages specifically created for a customer. QC Analysts have the company's interests in mind, rather than a customer or production focus. The position therefore meets the administrative exemption in this regard.

This analysis is supported by an opinion letter from the DOL, in which the DOL issued an opinion regarding the exempt status of the "Mortgage Loan Officer" position, which varies in significant respects from the Mortgage Quality Control Analyst position. See Administrator's Interpretation No. 2010-1 (March 24, 2010). The DOL discusses the Mortgage Loan Officer position as being one with a primary duty of sales, saying that any such duties undertaken in the course of ordinary selling do not constitute administrative-type 'servicing" if such activities are merely routine aspects of sales production. Id. While selling and servicing mortgages is Zions primary business, QC Analysts do not engage in transactional work to prepare a loan for a customer in the same way that a Mortgage Loan Officer might. QC Analysts perform audit functions; this is achieved by isolating an analyzing a sample (typically around 10%) of whichever area is in focus. Therefore, QC Analysts are not truly engaging in the preparation of loans for customers, as the function they perform is not required on every loan extended by Zions. Quite unlike the primary duties of mortgage loan officers, the duties of QC Analysts relate to the internal management or general business operations of the company through "servicing the business itself by providing advice regarding internal

3

CONFIDENTIAL
ZBNA100995

*ATTORNEY-CLIENT PRIVILEGED COMMUNICATION*

operations." Id. Here, the QC Analyst's primary role is to perform quality control and evaluate areas of exposure, and therefore falls within the administrative exemption. Thus, the exempt status of this position will turn solely on whether the QC Analysts exercise discretion and independent judgment with respect to matters of significance.

### C. Does the Position's Primary Duty Include the Exercise of Discretion and Independent Judgment with Respect to Matters of Significance?

While the type of work QC Analysts perform seems to easily satisfy the first prong of the test for administrative exemption, the ability to satisfy the second prong is a much closer call. "Discretion and independent judgment" generally means "the comparison and the evaluation of possible courses of conduct and acting or making a decision after the various possibilities have been considered." 29 C.F.R. § 541.202(a). The term "matters of significance" refers to the level of importance or consequence of the work performed. Id. This process implies "that the person has the authority or power to make an independent choice, free from immediate direction or supervision." 29 C.F.R. § 541.202(c). While employees should have "authority to make an independent choice" in such matters, "employees can exercise discretion and independent judgment even if their decisions or recommendations are reviewed at a higher level." 29. C.F.R. § 541.202(c). Further, discretion and independent judgment "may consist of recommendations for action rather than the actual taking of action." 29 C.F.R. § 541.202(c). Therefore, while an employee's recommendations may be subject to review by his or her superiors, they can still exercise independent judgment and discretion. This is distinct from "[a]n employee who merely applies his knowledge in following prescribed procedures or determining which procedure to follow." 29 C.F.R. § 541.207(c)(1).

Ultimately, whether an employee exercises discretion and independent judgment is typically evaluated in light of multiple factors, including the employee's ability to:

- formulate, effect, interpret, or implement management policies or practices;
- carry out major assignments in conducting the operations of the business;
- perform work affecting business operations to a substantial degree;
- commit the employer in matters that have significant financial impact;
- waive or otherwise deviate from established policies and procedures without prior approval;
- negotiate and bind the employer on significant matters;
- provide consultation or expert advice to management;
- plan business objectives;
- investigate and resolve matters of significance on management's behalf; or
- represent the company in handling complaints, arbitrating disputes, or resolving grievances.

29 C.F.R. § 541.202(b). Federal courts generally find that employees who meet at least two or three of these factors mentioned above exercise discretion and independent

CONFIDENTIAL                                                                                                                     ZBNA100996

*ATTORNEY-CLIENT PRIVILEGED COMMUNICATION*

judgment, although a case-by-case analysis is required. See 69 Fed. Reg. 22,122, 22,143 (Apr. 23, 2004).

Based on our review, the position's primary duty—performing audit functions for both risk control and regulatory quality control to ensure compliance and providing a framework for management to examine and adjust policy and procedures—appears to include the exercise of discretion and independent judgment with respect to matters of significance. In addition, the position meets several of the factors listed by the FLSA when considering whether a position entails "discretion and independent judgment." See 29 C.F.R. § 541.202. For instance, the position regularly requires the comparison and evaluation of possible courses of conduct and acting or making a decision after the various possibilities have been considered. See 29 C.F.R. § 541.202(a). For example, QC Analysts are regularly given latitude for whether to accept or reject a party's rebuttal given in response to an audit finding. The QC Analysts also have the authority to make independent choices free from immediate direction or supervision, as they often have minimal oversight and little, if any, review of their work. QC Analysts also appear to have authority to interpret or implement management policies or operating practices by applying their knowledge and experience to each audit, thereby carrying out major assignments in conducting the operations of the business. QC Analysts frequently provide consult and advice to management when they develop MAPs and recommend changes to internal controls.

What makes evaluation of the second prong more difficult than the first prong is that the exercise of discretion and independent judgment must be more than the use of skill in applying well-established techniques, procedures, or specific standards described in manuals or other sources. See 29 C.F.R. § 541.202(e). The exercise of discretion and independent judgment also does not include mechanical, repetitive, recurrent or routine work. See id. Here, however, the employee interviews revealed the QC Analyst position involves not repetitive or routine work, but requires using an employee's prior experience and knowledge to determine exactly which modifications of standard principles are necessary. Audits performed by QC Analysts vary and require individualized problem identification and analysis, as well as development of plans for remedial action. Further, their work appears to largely involve following and confirming compliance, with explicit written guidelines being just one piece of the puzzle, rather than a routine focus on applying a checklist or other formulaic mechanism across the board.

For these reasons, the Mortgage Quality Control Analyst position appears to primarily require performance of work directly related to the general business operations of the employer and includes the exercise of discretion and independent judgment with respect to matters of significance, therefore meeting the requirements of an administrative exemption under 29 C.F.R. § 541.200(a)(1)-(3). Please feel free to contact us with any additional questions.

CONFIDENTIAL                                                                                             ZBNA100997